IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RAYMOND MITCHELL KEETON,    )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )           3:24cv27-MHT
                            )              (WO)
ANDREW L. MADDOX,           )
                            )
     Defendant.             )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit asserting that his defense lawyer has provided poor representation to him by failing to respond to his requests in a timely or effective manner, and has failed to address his concerns about safety and threats from correctional officers in the Lee County Jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2024.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE