IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RAYMOND MITCHELL KEETON,     )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )         3:24cv27-MHT
                             )            (WO)
ANDREW L. MADDOX,            )
                             )
     Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute or obey a court order to file a prison account statement.

All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of March, 2024.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE